# THE COMMONWEALTH COURT OF PENNSYLVANIA

| | |
|---|---|
| James McDermott,<br>　　　　　　Petitioner | : |
| | : |
| | : |
| v. | : No. 518 C.D. 2018 |
| | : |
| Workers' Compensation Appeal | : |
| Board (Brand Industrial Services, Inc.), | : |
| 　　　　　　Respondent | : |

## **O R D E R**

NOW, this 29th day of March, 2019, it is ordered that the above-captioned Memorandum Opinion, filed January 18, 2019, shall be designated OPINION and shall be REPORTED.

　　　　　　　　　　　　_____
　　　　　　　　　　　　ELLEN CEISLER, Judge